Michael J. Nader CA Bar No. 200425
Michael.Nader@ogletree.com
Alexandra Asterlin CA Bar No. 221286
alexandra.asterlin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:     916-840-3159

Robert Vorhees CA Bar No. 297936
robert.vorhees@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:     714-754-1298

Attorneys for Defendants
Miller Pipeline, LLC and Artera Services, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO AMEZCUA, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>MILLER PIPELINE, LLC, an Indiana limited liability company; ARTERA SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.  3:24-cv-01131<br><br>**DECLARATION OF ROBERT VORHEES IN SUPPORT OF DEFENDANT MILLER PIPELINE, LLC AND ARTERA SERVICES, LLC'S NOTICE OF REMOVAL**<br><br>[*Filed concurrently herewith Notice of Removal; Certificate of Interested Parties; Civil Cover Sheet; Corporate Disclosure Statement; Declaration of Samantha Kappus; and Notice of Related Cases*]<br><br>Complaint Filed:     January 23, 2024<br>Trial Date:            None Set<br>District Judge:       Hon. TBD<br>Magistrate Judge:  Hon. TBD |

Case No. TBD

DECLARATION OF ROBERT VORHEES IN SUPPORT OF DEFENDANT MILLER
PIPELINE, LLC AND ARTERA SERVICES, LLC'S NOTICE OF REMOVAL

**<u>DECLARATION OF ROBERT VORHEES</u>**

I, Robert Vorhees, declare as follows:

1.      I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendants MILLER PIPELINE, LLC and ARTERA SERVICES, LLC ("Defendants"), in this action.

2.      I have personal knowledge of the matters set forth in this declaration or know of them based on my review of documents maintained in the ordinary course of business by Ogletree Deakins, and if called as a witness, could and would testify competently thereto.

3.      Attached to the Notice of Removal as Exhibit 1 is a true and correct copy of Plaintiff's Complaint, filed in the Superior Court of the State of California for the County of Contra Costa, on January 23, 2024.

4.      Attached to the Notice of Removal as Exhibits 2-4 is a true and correct copy of the Summons (Exhibit 2), Civil Case Cover Sheet (Exhibit 3), Notice of Assignment to Department 12 for Case Management Determination (Exhibit 4), which were served on Defendants on January 24, 2024.

5.      Attached to the Notice of Removal as Exhibit 5 is a true and correct copy of documents posted or filed on the Contra Costa Superior Court's online docket.  The foregoing constitute the only process, pleadings, and orders served on Defendants or available on the docket to date.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 23 day of February 2024 in Tampa, Florida.


*/s/ Robert Vorhees*
Robert Vorhees

1                                                                 Case No. TBD
DECLARATION OF ROBERT VORHEES IN SUPPORT OF DEFENDANT MILLER
PIPELINE, LLC AND ARTERA SERVICES, LLC'S NOTICE OF REMOVAL

**PROOF OF SERVICE**
*Ignacio Amezcua v. Miller Pipeline, LLC, et al.*
Case No. TBD

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made.  My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA  92626.

On February 23, 2024, I served the following document(s):

**DECLARATION OF ROBERT VORHEES IN SUPPORT OF DEFENDANT MILLER PIPELINE, LLC AND ARTERA SERVICES, LLC'S NOTICE OF REMOVAL**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒       **BY MAIL:**  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐       **BY MAIL:**  I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐       **BY OVERNIGHT DELIVERY:**  I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California.  I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐       **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐       **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐       the written confirmation of counsel in this action:
☐       [Federal Court] the written confirmation of counsel in this action and order of the court:

☐       **BY CM/ECF:**  With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

2                                                                Case No. TBD
DECLARATION OF ROBERT VORHEES IN SUPPORT OF DEFENDANT MILLER PIPELINE, LLC AND ARTERA SERVICES, LLC'S NOTICE OF REMOVAL

☐     **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒     **(Federal)**     I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐     **(Federal)**     I declare that I am a **member** of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 23, 2024, at Costa Mesa, California.

*/s/ Susan Susebach*
Susan Susebach

3                                                                        Case No. TBD
DECLARATION OF ROBERT VORHEES IN SUPPORT OF DEFENDANT MILLER PIPELINE, LLC AND ARTERA SERVICES, LLC'S NOTICE OF REMOVAL

**SERVICE LIST**

Douglas Han, Esq.                              Attorneys for Plaintiff
Shunt Tatavos-Gharajeh, Esq.        Ignacio Amezcua
Lawrence W. Beall, Esq.
JUSTICE LAW CORPORATION
751 N. Fair Oaks Ave., Suite 101
Pasadena, CA  91103
Telephone:      818- 230-7502
Facsimile:       818-230-7259
dhan@justicelawcorp.com
statavos@justicelawcorp.com
lawrencebeallesq@gmail.com

4                                                              Case No. TBD

DECLARATION OF ROBERT VORHEES IN SUPPORT OF DEFENDANT MILLER
PIPELINE, LLC AND ARTERA SERVICES, LLC'S NOTICE OF REMOVAL